(Official Form 1) (04/07)

| United States Bankruptcy Court<br>Central District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**R.K.S. Service, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): **33-0641101** | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**1235 Carbide Drive**<br>**Corona, CA**<br>ZIPCODE **92881** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Riverside** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>**1235 Carbide Drive**<br>**Corona, CA**<br>ZIPCODE **92881** | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |

Location of Principal Assets of Business Debtor (if different from street address above):
**1235 Carbide Drive, Corona, CA**                                    ZIPCODE **92881**

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
|  | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☑ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors: |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☑ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | **FILED**<br><br>JUN 1 2007<br><br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY            Deputy Clerk |

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| ☐ $0 to $10,000 | ☐ $10,000 to $100,000 | ☑ $100,000 to $1 million | ☐ $1 million to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,000 to $100,000 | ☐ $100,000 to $1 million | ☑ $1 million to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

VOLUNTARY PETITION

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

(Official Form 1) (04/07)                                                                                     FORM B1, Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**R.K.S. Service, Inc.** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
| Location<br>Where Filed:**N/A** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>Signature of Attorney for Debtor(s)                    Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord or lessor that obtained judgment)

_____

(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**VOLUNTARY PETITION**

(Official Form 1) (04/07)                                                                                    FORM B1, Page 3

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **R.K.S. Service, Inc.** |
|---|---|

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

**(951) 734-0419**
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

X _____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney

X _____
Signature of Attorney for Debtor(s)

**Roger E. Naghash 181740**
Printed Name of Attorney for Debtor(s)

**Law Offices Of Roger E. Naghash**
Firm Name

**4400 MacArthur Boulevard, Suite 900**
Address

**Newport Beach, CA  92660**

**(949) 955-1000**
Telephone Number

**May 14, 2007**
Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

_____

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

**Richard Kevin Shirk**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**May 14, 2007**
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

VOLUNTARY PETITION

**STATEMENT OF RELATED CASES**
**INFORMATION REQUIRED BY LOCAL RULE 1015-2**
**UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA**

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at *Newport Beach*_____ , California      _____
                                                                                            Debtor

Dated: **May 14, 2007**_____          _____
                                                                                            Joint Debtor

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6 - Summary (10/06)

# United States Bankruptcy Court
## Central District of California

IN RE:                                                    Case No. _____

<u>R.K.S. Service, Inc.</u>                                          Chapter <u>11</u>

                          Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 3 | $ 682,025.74 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $ 87,966.38 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 109,322.37 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 13 | | $ 2,336,363.11 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 26 | $ 682,025.74 | $ 2,533,651.86 | |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SUMMARY OF SCHEDULES

**IN RE** R.K.S. Service, Inc. _____    Case No. _____
                                      Debtor(s)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant , community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint or "C" for Community in the column labeled "HWJC." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | | |
| | | | TOTAL | 0.00 |

(Report also on Summary of Schedules)

SCHEDULE A - REAL PROPERTY

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE R.K.S. Service, Inc. _____    Case No. _____
                              Debtor(s)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint, or "C" for Community in the column labeled "HWJC." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Main Account**<br>**Payroll Account** | | 23,545.05<br>799.51 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **Deposit due from former landlard - moved out in July of 06** | | 3,100.00 |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issue. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(3). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE B - PERSONAL PROPERTY

IN RE R.K.S. Service, Inc. _____ Case No. _____
Debtor(s)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 16. Accounts receivable. | | Califia - 15325 /faurfuekd Ranch # 180, Chino Hills - Chino Hills Corp Park. L/P | | 10,490.00 |
| | | Eastwest Bank - 19540 Jamboree Road, Suite 104, Irvine | | 73,033.90 |
| | | Nobel - 436 E. Vanderbilt Way, San Bernardino | | 100,109.70 |
| | | PMAC - 15325 Fairfield Ranch #125, Temecula | | 19,792.30 |
| | | Riverside County - 1855 Chicago | | 27,360.00 |
| | | Spec Suite - 4181 Flairock Bldg 52, Riverside - Turner Riverwalk -4, LLC | | 23,116.85 |
| | | Spec Suite 11870 Pierce Street - R & R Door, Misc. Repairs - Kraus Management Services | | 575.00 |
| | | Spec Suites - 15325 Fairfiled Ranch 170 & 180, Temecula | | 17,730.00 |
| | | Turner Riverwalk - - 11870 Pierce 1st Floor Corridor, Riverside | | 23,434.40 |
| | | Verizon - 3610 Central Avenue, 500, Riverside | | 19,508.00 |
| | | Windsor Foods - 4200 E. Concours, Ontario | | 20,063.50 |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | | Loans to managing officer and director - Richard Kevin Shirk - (from 03/31/05 - 05/08/07) | | 226,367.53 |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) in customer lists or similar compilations provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2005 Ford F250 - 1FTSW21P45EC81289 | | 33,000.00 |
| | | 2005 Ford F350 - 1FDWF36505EC67271 | | 18,000.00 |
| | | 2006 F350 Ford - 1FDWF34586EC95257 | | 22,000.00 |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE R.K.S. Service, Inc. _____  Case No. _____

Debtor(s)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 26.  Boats, motors, and accessories. | X | | | |
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | | **Office Furniture, Office Equipment, including computers, copiers, Printers, Facsimile, telephones, and miscellaneous office supplies** | | 15,000.00 |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | | **Tools, Apparel, Inventory, including miscellaneous building supplies** | | 5,000.00 |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | TOTAL | 682,025.74 |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____**0** continuation sheets attached

SCHEDULE B - PERSONAL PROPERTY

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Official Form 6C  (04/07)**

**IN RE R.K.S. Service, Inc.** _____  Case No. _____
Debtor(s)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:       ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Official Form 6D (10/06)

IN RE R.K.S. Service, Inc.                                                      Case No. _____
                                           Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Dell Commercial Credit P. O. Box 689020 Des Moines, IA 50368** | | | VALUE $ **6,000.00** | | | | 5,465.40 | |
| ACCOUNT NO. **EmbroidMe 623 North Main Street, Suite D-5 Corona, CA 92880** | | | VALUE $ **2,000.00** | | | | 2,505.41 | 505.41 |
| ACCOUNT NO. **Ford Credit P. O. Box 7172 Passadena, CA 91109** | | | VALUE $ **31,000.00** | | | | 31,412.75 | 412.75 |
| ACCOUNT NO. **Ford Credit P. O. Box 7172 Passadena, CA 91109** | | | VALUE $ **18,000.00** | | | | 19,600.00 | 1,600.00 |

___**1**___ continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | $ 58,983.56 | $ 2,518.16 |
| Total (Use only on last page of the completed Schedule D. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

Official Form 6D (10/06) - Cont.

IN RE R.K.S. Service, Inc. _____ Case No. _____
                            Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Ford Credit P. O. Box 7172 Passadena, CA  91109** | | | VALUE $ **22,000.00** | | | | 28,982.82 | 6,982.82 |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |

Sheet no. ____**1**__ of ____**1**__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page) $ **28,982.82** $ **6,982.82**

Total
(Use only on last page of the completed Schedule D. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $ **87,966.38** $ **9,500.98**

SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6E (04/07)

IN RE **R.K.S. Service, Inc.** _____     Case No. _____
Debtor(s)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

____**1** continuation sheets attached

SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6E (04/07) - Cont.

IN RE R.K.S. Service, Inc. _____  Case No. _____
                                    Debtor(s)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME. MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **City Of Corona** **849 W. Sixthn Street** **Corona, CA  92882** | | | | | | | 82.50 | 82.50 | |
| ACCOUNT NO. **EDD - Payroll Tax Deposit** **Employment Development Department** **P. O. Box 826276** **Sacramento, CA  94230** | | | Payroll Taxes | | | | 1,451.25 | 1,451.25 | |
| ACCOUNT NO. **EDD - Penalties** **Employment Development Department** **P. O. Box 826846** **Sacramento, CA  94246** | | | | | | | 1,389.79 | 1,389.79 | |
| ACCOUNT NO. **Internal Revenue Service** **IRS - Payroll Taxes** **P. O. Box 970014** **St. Louis, MO  63197** | | | Paryoll Taxes | | | | 6,190.74 | 6,190.74 | |
| ACCOUNT NO. **Internal Revenue Service** **IRS - Payroll Taxes** **P. O. Box 970014** **St. Louis, MO  63197** | | | 1st  Quarter 07 - Payroll taxes | | | | 11,761.48 | 11,761.48 | |
| ACCOUNT NO. **Internal Revenue Service** **IRS - Payroll Taxes** **P. O. Box 970014** **St. Louis, MO  63197** | | | Delinquent Payroll Taxes | | | | 88,446.61 | 88,446.61 | |

Sheet no. ____1___ of ____1___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $  109,322.37 | $  109,322.37 | $ |
| Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $  109,322.37 | | |
| Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $  109,322.37 | $ |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

Official Form 6F (10/06)

IN RE R.K.S. Service, Inc. _____     Case No. _____
                                         Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**21st Century Insurance**<br>**6301 Owensmouth Avenue**<br>**Woodland Hills, CA  91367** | | | **Construction Agreement - Project Owner - 21st Century, 1800 Imperial Highway, 3/6/06**<br>**Subject to Setoff** | X | | | 16,394.83 |
| ACCOUNT NO.<br><br>**AETNA Health Of California, Inc.**<br>**P. O. Box 894920**<br>**Los Angeles, CA  90189-4820** | | | | | | | 1,745.00 |
| ACCOUNT NO.<br><br>**Air Control Systems**<br>**1901 Nancita Circle**<br>**Placentia, CA  92870** | | | **Subject to Setoff** | | | | 123,249.60 |
| ACCOUNT NO.<br><br>**AJ Construction Specialities**<br>**3480 W. Warner Avenue, Suite G**<br>**Santa Ana, CA  92704** | | | **Subject to Setoff** | | | | 4,295.00 |

__12__ continuation sheets attached

| | |
|---|---|
| Subtotal (Total of this page) | $ 145,684.43 |
| Total<br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

Official Form 6F (10/06) - Cont.

IN RE R.K.S. Service, Inc. _____   Case No. _____
                          Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **American Express Business Credit P. O. Box 1 Los Angeles, CA 90096** | | | | | | | 26,073.90 |
| ACCOUNT NO. **Arrowhead Water Processing Center P. O. Box 52237 Phoenix, AZ 85072** | | | | | | | 36.63 |
| ACCOUNT NO. **AT & T Long Distance P. O. Box 78522 Phoenix, AZ 85062** | | | | | | | 65.23 |
| ACCOUNT NO. **AT&T Phone & DSL Payment Center Sacramento, CA 95887** | | | **Utility** | | | | 350.00 |
| ACCOUNT NO. **BH Properties, LLC 1111 Santa Monica Blvd., Suite 1800 Los Angeles, CA 90025** | | | **Construction Agreement - Project Owner - Verizon 3610 Central Avenue, 500, Riverside, Subject to Setoff** | X | | | 105,839.00 |
| ACCOUNT NO. **Blaze Out P. O. Box 8827 Riverside, CA 92515** | | | **Subject to Setoff** | | | | 877.20 |
| ACCOUNT NO. **BMR Group, Inc. 2175 Sampson Avenue # 101 Corona, CA 92879** | | | | | | | 96.00 |

Sheet no. ___1___ of ___12___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **133,337.96**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE R.K.S. Service, Inc. _____   Case No. _____
                                        Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF. SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Brea Canyon Insulation**<br>**1070 S. Cypress Street, Ste H**<br>**La Habra, CA 90631** | | | **Subject to Setoff** | | | | 11,167.00 |
| ACCOUNT NO.<br>**California Central Fire Protection**<br>**358 Apache Trail**<br>**Arroyo Grande, CA 93420** | | | **Subject to Setoff** | | | | 35,710.00 |
| ACCOUNT NO.<br>**Ceramic Tile Works, Inc.**<br>**470 East Princeland Court, Suite 3**<br>**Corona, CA 92879** | | | **Subject to Setoff** | | | | 39,017.95 |
| ACCOUNT NO.<br>**Chino Hills Corproate Park, L.P.**<br>**31866 Camino Capistrano**<br>**San Juan Capistrano, CA 92675** | | | **Construction Agreement - Project Owner - Califia, 15325 Fairfiled Ranch # 180, Chino Hills, 4/10/07 Subject to Setoff** | X | | | 6,251.25 |
| ACCOUNT NO.<br>**Chino Hills Corproate Park, L.P.**<br>**31866 Camino Capistrano**<br>**San Juan Capistrano, CA 92675** | | | **Construction Agreement - Project Owner - Diamond Quality, 15325 Fairfield 160, 11/16/06 Subject to Setoff** | X | | | 18,653.50 |
| ACCOUNT NO.<br>**Chino Hills Corproate Park, L.P.**<br>**31866 Camino Capistrano**<br>**San Juan Capistrano, CA 92675** | | | **Construction Agreement - Project Owner - PMAC 15325 Fairfield Ranch # 125, Chino Hills, 12/04/06 Subject to Setoff** | X | | | 28,353.38 |
| ACCOUNT NO.<br>**Chino Hills Corproate Park, L.P.**<br>**31866 Camino Capistrano**<br>**San Juan Capistrano, CA 92675** | | | **Construction Agreement - Project Owner - Port Plastic, 15325 Fairfield 160, 08/17/06 Subject to Setoff** | X | | | 420.00 |

Sheet no. ____2__ of ____12__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | $ 139,573.08 |
|---|---|---|
|  | Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE R.K.S. Service, Inc.                                                    Case No. _____
                              Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Chino Hills Corproate Park, L.P. <br> 31866 Camino Capistrano <br> San Juan Capistrano, CA 92675 | | | Construction Agreement - Project Owner - Spec Suite 15325 Fairfiled 160, 08/31/06 <br> Subject to Setoff | X | | | 5,338.81 |
| ACCOUNT NO. <br> Chino Hills Corproate Park, L.P. <br> 31866 Camino Capistrano <br> San Juan Capistrano, CA 92675 | | | Construction Agreement - Project Owner - Spec. Suites 15325 Fairfield Ranch 170 & 180, Chino Hills, 03/26/07 <br> Subject to Setoff | X | | | 11,276.63 |
| ACCOUNT NO. <br> Concrete Coring Company <br> 14005 Orange Avenue <br> Paramount, CA 90723 | | | Subject to Setoff | | | | 3,901.59 |
| ACCOUNT NO. <br> Consolidated Reprographics <br> 345 Clinton Street <br> Costa Mesa, CA 92626 | | | Subject to Setoff | | | | 2,972.94 |
| ACCOUNT NO. <br> Continental Interior Services, Inc. <br> 5130 E. La Palma Avenue Suite 109 <br> Anaheim, CA 92807 | | | Subject to Setoff | | | | 45,694.25 |
| ACCOUNT NO. <br> CR&R <br> P. O. Box 206 <br> Stanton, CA 90680 | | | Subject to Setoff | | | | 583.31 |
| ACCOUNT NO. <br> Creative Color Printing <br> 1605 Railroad Street <br> Corona, CA 92880 | | | Printing Services | | | | 10.78 |

Sheet no. __3__ of __12__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  69,778.31

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

Official Form 6F (10/06) - Cont.

IN RE R.K.S. Service, Inc. _____  Case No. _____
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Custom Laminate & Woodworking** 2025 Chicago Avenue, Ste A-10 Riverside, CA 92507 | | | **Subject to Setoff** | | | | 23,937.00 |
| ACCOUNT NO. **CW Plumbing & Design, Inc.** 41 683 Date Street Murrieta, CA 92562 | | | **Subject to Setoff** | | | | 45,249.20 |
| ACCOUNT NO. **CWC Mini Blind Laundry** 1560 E. Edinger, Sute "C" Santa Ana, CA 92705 | | | **Subject to Setoff** | | | | 8,796.00 |
| ACCOUNT NO. **David Evans** 1955 Chicago Avenue, # 200 Riverside, CA 92507 | | | **Construction Agreement - Project Owner - David Evans, 4200 Concours, 02/05/07** **Subject to Setoff** | X | | | 39,541.00 |
| ACCOUNT NO. **DDI, Inc.** 470 Railroad Street Corona, CA 92882 | | | **Subject to Setoff** | | | | 111,124.92 |
| ACCOUNT NO. **Department Of Motor Vehicle** DMV Renewal P. O. Box 942894 Sacramento, CA 94294 | | | | | | | 1,065.00 |
| ACCOUNT NO. **Direct Link** 541 N. Main Street, # 104 PMB 147 Corona, CA 92880 | | | **Consultant** | | | | 850.00 |

Sheet no. ___4___ of ___12___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 230,563.12

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE R.K.S. Service, Inc. _____ Case No. _____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Direct TV** **P. O. Box 60036** **Los Angeles, CA  90601** | | | | | | | 95.46 |
| **ACCOUNT NO.** **EastWest Bank** **135 N. Los Robles Avenue, Suite 200** **Pasadena, CA  91101** | | | **Construction Agreement - Project Owner - Eastwest Bank Irvine, 19540 Jamboree Road, Suite 104, Irvine** **Subject to Setoff** | X | | | 272,132.24 |
| **ACCOUNT NO.** **EastWest Bank** **135 N. Los Robles Avenue, Suite 200** **Pasadena, CA  91101** | | | **Construction Agreement - Project Owner - EWB Ontario, 3237 E. Guasti Road, 09/12/06** **Subject to Setoff** | X | | | 50,013.00 |
| **ACCOUNT NO.** **Edison** **P. O. Box 600** **Rosemead, CA  91771** | | | | | | | 144.95 |
| **ACCOUNT NO.** **Executive Services** **P. O. Box 1700** **Riverside, CA  92502** | | | **Subject to Setoff** | | | | 9,845.55 |
| **ACCOUNT NO.** **Fish Window Cleaning** **290 Adams Street # C10F** **Riverside, CA  92504** | | | **Subject to Setoff** | | | | 25.00 |
| **ACCOUNT NO.** **Fleet Fueling** **P. O. Box 6293** **Carol Stream, IL  60197** | | | | | | | 4,402.22 |

Sheet no. ____5__ of ____12__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 336,658.42

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

Official Form 6F (10/06) - Cont.

IN RE R.K.S. Service, Inc. _____   Case No. _____
　　　　　　　　　　　　　　　Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Floor It**<br>**11782 Western Avenue # 12**<br>**Stanton, CA 90680** | | | **Subject to Setoff** | | | | **92,313.22** |
| ACCOUNT NO.<br>**Fordham Electric**<br>**1490 Rincon Street, Suite F**<br>**Cornoa, CA 92880** | | | **Subcontractor**<br>**Subject to Setoff** | | | | **102,721.00** |
| ACCOUNT NO.<br>**Fort Sutter Company**<br>**Essex Realty Management Inc.**<br>**2025 Chicago Avenuen, Suite A-12**<br>**Riverside, CA 92507** | | | **Construction Agreement - Project Owner - 1650 Spruce Street, 220, Riverside, 9/17/06**<br>**Subject to Setoff** | X | | | **915.00** |
| ACCOUNT NO.<br>**Gary Rasmussen**<br>**8430 Newburgh Street**<br>**Riverside, CA 92508** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**GE Felkel**<br>**7216 Fenwick Lane**<br>**Westminster, CA 92683** | | | **Subcontractor**<br>**Subject to Setoff** | | | | **62,979.00** |
| ACCOUNT NO.<br>**Hamilton Ceiling Systems**<br>**393 West La Cadena # 11**<br>**Riverside, CA 92501** | | | **Subcontractor**<br>**Subject to Setoff** | | | | **77,168.00** |
| ACCOUNT NO.<br>**Healthcare Web Image**<br>**P. O. Box 6166**<br>**Corona, CA 92878** | | | | | | | **1,029.55** |

Sheet no. ____6____ of ____12____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **337,125.77**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

Official Form 6F (10/06) - Cont.

IN RE R.K.S. Service, Inc. _____   Case No. _____
                          Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Home Depot<br>P. O. Box 6029<br>The Lakes, NV  88901 | | | Materials | | | | 29,266.66 |
| ACCOUNT NO.<br>Hunter Park, LLC<br>Essex Realty Management, Inc.<br>2025 Chicago Avenue, Suite A-12<br>Riverside, CA  92507 | | | Construction Agreement - Project Owner - 1485 Spruce Street, Riverside, 1/10/07<br>Subject to Setoff | X | | | 4,799.55 |
| ACCOUNT NO.<br>Inland Foundation Engineering, Inc.<br>P. O. Box 937<br>San Jacinto, CA  92581 | | | Subject to Setoff | | | | 1,011.82 |
| ACCOUNT NO.<br>John Le Blanc<br>P. O. Box 13<br>Alta Loma, CA  91701 | | | Consultant | | | | 8,000.00 |
| ACCOUNT NO.<br>Joseph P. Kriek<br>2751 Libra Drive<br>Riverside, CA  92503 | | | Business Loan | | | | 76,850.00 |
| ACCOUNT NO.<br>Kraus Management Services<br>670 W. 17th Street, Suite C4<br>Costa Mesa, CA  92627 | | | Construction Agreement - Project Owner - Spec. Suite 11870 Pierce St., Replace Floor Stripe<br>Subject to Setoff | X | | | 310.00 |
| ACCOUNT NO.<br>Kraus Management Services<br>670 W. 17th Street, Suite C4<br>Costa Mesa, CA  92627 | | | Construction Agreement - Project Owner - 11870 Pierce Street, R & R Door, Misc. Repairs, 04/01/07<br>Subject to Setoff | X | | | 575.00 |

Sheet no. ____7__ of ____12__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 120,813.03

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

Official Form 6F (10/06) - Cont.

IN RE R.K.S. Service, Inc. _____   Case No. _____
                                Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Mechanical Air Control, Inc.**<br>**5930 Rickenbacker Avenue**<br>**Riverside, CA 92504** | | | **Subject to Setoff** | | | | 30,946.25 |
| ACCOUNT NO.<br><br>**Medical Media Services**<br>**2222 Olivine Drive**<br>**Chino Hills, CA 91709** | | | **Subcontractor**<br>**Subject to Setoff** | | | | 9,244.65 |
| ACCOUNT NO.<br><br>**Mercury Casulty Insurance**<br>**P. O. Box 5600**<br>**Rancho Cucamonga, CA 91729** | | | | | | | 1,659.50 |
| ACCOUNT NO.<br><br>**Metropolitan West, Inc.**<br>**11901 Santa Monica Blvd., # 350**<br>**Los Angeles, CA 90025** | | | **Subject to Setoff** | | | | 4,281.00 |
| ACCOUNT NO.<br><br>**Miller Paneling**<br>**44 Harter Avenue**<br>**Woodland, CA 95776** | | | **Subject to Setoff** | | | | 250.00 |
| ACCOUNT NO.<br><br>**Miracle Playground Sales**<br>**27464 Commerce Center Drive, Suite 1**<br>**Temecula, CA 92590** | | | **Construction Agreement - Project Owner - Miracle Playground, 9196 Ct., 12/23/05**<br>**Subject to Setoff** | X | | | 5,536.00 |
| ACCOUNT NO.<br><br>**Mission Grove Office Park, L.P. AME Ind.**<br>**1875 Century Park East, Suite 1350**<br>**Los Angeles, CA 90067** | | | **Construction Agreement - Project Owner - 7898 Mission Grove, Projection Screen, 3/1/07**<br>**Subject to Setoff** | X | | | 360.00 |

Sheet no. ____8___ of ____12___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | $ 52,277.40 |
| Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE R.K.S. Service, Inc. _____ Case No. _____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Mission Grove Office Park, L.P. AME Ind.** <br> **1875 Century Park East, Suite 1350** <br> **Los Angeles, CA 90067** | | | **Construction Agreement - Project Owner - Riverside County Oasis, 7898 Mission Grove, 05/26/06** <br> **Subject to Setoff** | X | | | **405.16** |
| ACCOUNT NO. <br> **Nobel Systems** <br> **1845 Business Center Drive, Suite 130** <br> **San Bernardino, CA 92408** | | | **Construction Agreement - Project Owner - Nobel 436 E. Venderbilt Way, San Bernardino** <br> **Subject to Setoff** | X | | | **161,106.90** |
| ACCOUNT NO. <br> **Office Depot** <br> **P. O. Box 689020** <br> **Des Moines, IA 50368** | | | | | | | **679.56** |
| ACCOUNT NO. <br> **Palmar & Co.** <br> **1830 N. Neville Street** <br> **Orange, CA 92865** | | | **Subject to Setoff** | | | | **91,501.62** |
| ACCOUNT NO. <br> **Personnel Concepts** <br> **P. O. Box 9003** <br> **San Diamas, CA 91773** | | | | | | | **194.96** |
| ACCOUNT NO. <br> **Preceision Glass & Mirror** <br> **9960 Indiana Avenue, Sute 8** <br> **Riverside, CA 92503** | | | **Subject to Setoff** | | | | **77,236.02** |
| ACCOUNT NO. <br> **Premier Funding Network** <br> **22800 Savi Ranch, Suite 200** <br> **Yorba Linda, CA 92887** | | | **Construction Agreement - Project Owner - Premier Funding, 22800 Savi Ranch 200, 09/01/06** <br> **Subject to Setoff** | X | | | **13,641.60** |

Sheet no. **9** of **12** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **344,765.82**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

Official Form 6F (10/06) - Cont.

IN RE R.K.S. Service, Inc. _____ Case No. _____
                              Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Rasmussen Construction**<br>**8430 Newburgh Street**<br>**Riverside, CA 92508** | | | **Subcontractor** | | | | 4,200.00 |
| ACCOUNT NO.<br>**Remax**<br>**10020 Indiana Avenue, Suite 1**<br>**Riverside, CA 92503** | | | **Construction Agreement - Project Owner - Remas 11810 Pierce 200, 05/19/06**<br>**Subject to Setoff** | X | | | 45,752.56 |
| ACCOUNT NO.<br>**Renegade Flooring Inc.**<br>**12233 Olympic Blvd., Suite 354**<br>**Los Angeles, CA 90064** | | | **Subject to Setoff** | | | | 15,519.78 |
| ACCOUNT NO.<br>**Rengel & Co. Architects, Inc.**<br>**333 El Camino Real**<br>**Tustin, CA 92780** | | | **Subject to Setoff** | | | | 27,783.06 |
| ACCOUNT NO.<br>**Richard K. Shirk Consulting**<br>**4075 Strandberg**<br>**Corona, CA 92881** | | | **Consultant** | | | | 5,600.00 |
| ACCOUNT NO.<br>**Silagi Development & Management**<br>**101 Hodencamp Road, Suite 200**<br>**Thousand Oaks, CA 91360** | | | **Construction Agreement - Project Owner - Riverside County 1855 Chicago, 04/16/06**<br>**Subject to Setoff** | X | | | 12,539.68 |
| ACCOUNT NO.<br>**Silagi Development & Management**<br>**101 Hodencamp Road, Suite 200**<br>**Thousand Oaks, CA 91360** | | | **Construction Agreement - Project Owner - Universal Health Care, 1280 Research Redlands, 3/8/07**<br>**Subject to Setoff** | X | | | 1,839.00 |

Sheet no. __10__ of __12__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ 113,234.08

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

Official Form 6F (10/06) - Cont.

IN RE R.K.S. Service, Inc.                                                                 Case No. _____
                                        Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**South Tech Corporate Offices, LLC**<br>**8310 Magnolia Avenue**<br>**Riversdie, CA 92504** | | | **Construction Agreement - Project Owner - South Tech Suites, 4181 Flatrock Bldb. 53**<br>**Subject to Setoff** | X | | | **8,509.47** |
| ACCOUNT NO.<br>**State Compensation Insurance Fund**<br>**State Fund**<br>**P. O. Box 7854**<br>**San Francisco, CA 94120** | | | **Insurance** | | | | **3,466.36** |
| ACCOUNT NO.<br>**The Garrett Group**<br>**One Better World Circle, Suite 300**<br>**Temecula, CA 92590** | | | **Construction agreement - Project Owner - 430 Vineyard 200, Ontario, 05/01/06**<br>**Subject to Setoff** | X | | | **2,640.00** |
| ACCOUNT NO.<br>**Turner Riverwalk - 3, LLC**<br>**Kraus Management Services**<br>**670 W. 17th Street, Suite C-4**<br>**Costa Mesa, CA 92627** | | | **Construction Agreement - Project Owner - DR Horton, 11870 Pierce 240, 04/28/06**<br>**Subject to Setoff** | X | | | **15,154.00** |
| ACCOUNT NO.<br>**Turner Riverwalk - 3, LLC**<br>**Kraus Management Services**<br>**670 W. 17th Street, Suite C-4**<br>**Costa Mesa, CA 92627** | | | **Construction Agreement - Project owner - Spec. Suites 11870 Pierce # 140 & 150, 01/11/07**<br>**Subject to Setoff** | X | | | **94,615.82** |
| ACCOUNT NO.<br>**Turner Riverwalk - 3, LLC**<br>**Kraus Management Services**<br>**670 W. 17th Street, Suite C-4**<br>**Costa Mesa, CA 92627** | | | **Construction Agreement - Project Owner - Turner Riverwalk, 11870 Pierce 1st Floor Corridor, Riverside**<br>**Subject to Setoff** | X | | | **22,337.30** |
| ACCOUNT NO.<br>**Turner Riverwalk - 3, LLC**<br>**Kraus Management Services**<br>**670 W. 17th Street, Suite C-4**<br>**Costa Mesa, CA 92627** | | | **Construction Agreement - Project Owner - Turner Spec Suite, 11870 Pierce 260, 05/08/06**<br>**Subject to Setoff** | X | | | **3,397.50** |

Sheet no. ___11___ of ___12___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **150,120.45**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE R.K.S. Service, Inc.                                                    Case No. _____
                                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Turner Riverwalk - 3, LLC <br> Kraus Management Services <br> 670 W. 17th Street, Suite C-4 <br> Costa Mesa, CA 92627 | | | Construction Agreement - Project Owner - Welebir & McCune, 11870 Pierce 270, 5/17/06 <br> Subject to Setoff | X | | | 9,072.00 |
| ACCOUNT NO. <br> Turner Riverwalk - 4, LLC <br> Kraus Management Services <br> 670 W. 17th Street, Suite C-4 <br> Costa Mesa, CA 92627 | | | Construction Agreement - Project Owner - Spec. Suite, 4181 Flatrock Bldg. 52, Riverside <br> Subject to Setoff | X | | | 20,405.39 |
| ACCOUNT NO. <br> United Site Services Of CA, Inc. <br> P. O. Box 93670 <br> City Of Industry, CA 91715 | | | Subject to Setoff | | | | 807.00 |
| ACCOUNT NO. <br> Verizon Wireless <br> P. O. Box 9622 <br> Mission Hills, CA 91346 | | | Subject to Setoff | X | | | 3,413.73 |
| ACCOUNT NO. <br> Western Industrial Technology <br> 2975 E. Coronado Street <br> Anaheim, CA 92806 | | | Subject to Setoff | | | | 1,589.00 |
| ACCOUNT NO. <br> Wilson's Floor Covering <br> 1265 Carbide Drive <br> Corona, CA 92881 | | | Subject to Setoff | | | | 20,782.85 |
| ACCOUNT NO. <br> Windsor Food Group <br> 4200 E. Concours, Suite 100 <br> Ontario, CA 91720 | | | Construction Agreement - Project Owner - Windsor Foods, 4200 E. Concourse, Ontario, California <br> Subject to Setoff | X | | | 106,361.27 |

Sheet no. __12__ of __12__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | | |
|---|---|---|
| Subtotal (Total of this page) | $ | 162,431.24 |
| Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 2,336,363.11 |

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE R.K.S. Service, Inc. _____ Case No. _____
                          Debtor(s)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Ameriprise Financial**<br>**2 Park Plaza, Suite 1120**<br>**Irvine, CA  92614** | **Ameriprise, 4199 Flatrock # 100** |
| **South Tech Corporate Offices, LLC**<br>**8310 Magnolia Avenue**<br>**Riversdie, CA  92504** | **Construction Agreement - Project name and location: South Tech Suites, 4181 Flatrock Bldg. 53, Rieverside, California 92505** |
| **Bonaldo Design Group**<br>**10241-B Trademark Street**<br>**Rancho Cucamonga, CA  91730** | |
| **Sanre Corporation**<br>**1000 Segovia Circle**<br>**Placentia, CA  92870** | **Office Lease - Expires May 31, 2009** |
| **Richard K. Shirk**<br>**1235 Carbide Drive**<br>**Corona, CA  92881** | |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

IN RE R.K.S. Service, Inc. _____   Case No. _____
                    Debtor(s)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☑Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE H - CODEBTORS

Official Form 6 - Declaration (10/06)

**IN RE R.K.S. Service, Inc.**_____ Case No. _____
Debtor(s)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 2*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____    Signature: _____
Debtor

Date: _____    Signature: _____
(Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____      _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer      Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____

Address

_____      _____
Signature of Bankruptcy Petition Preparer      Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President**_____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the **R.K.S. Service, Inc.**_____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **27** sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **May 14, 2007**_____    Signature: _____

**Richard Kevin Shirk**_____
(Print or type name of individual signing on behalf of debtor)

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

**Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.**

DECLARATION CONCERNING DEBTOR'S SCHEDULES

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Official Form 7  (04/07)**

### United States Bankruptcy Court
### Central District of California

IN RE:                                                          Case No. _____

**R.K.S. Service, Inc.** _____ Chapter **11** _____
Debtor(s)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None □ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 1,276,208.85 | **General contractor - construction services - from 1/1/07 through 5/4/07.** |
| 6,181,220.73 | **General contractor - construction services - from 1/1/06 through 12/31/06** |
| 3,550,745.10 | **General contractor - construction services - from 1/1/05 through 12/31/05** |

---

### 2. Income other than from employment or operation of business

None ☑ State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 3. Payments to creditors
*Complete a. or b., as appropriate, and c.*

None □ a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | | |
|---|---|---|---|
| **American Express Business Credit**<br>**P. O. Box 1**<br>**Los Angeles, CA 90096** | **02/07/07 through 04/06/07 -**<br>**Construction material and**<br>**membership dues** | 28,035.38 | 0.00 |

None *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately
☐ preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,475.
(Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint
petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF PAYMENTS/TRANSFERS | AMOUNT PAID<br>OR VALUE OF<br>TRANSFERS | AMOUNT<br>STILL OWING |
|---|---|---|---|
| **Rasmussen Construction**<br>**8430 Newburgh Street**<br>**Riverside, CA 92508**<br><br>**Service as independent contractor** | **02/01/07 through 05/04/07 -**<br>**($2,100.00 per week)** | 27,300.00 | 0.00 |
| **AETNA Health Of California, Inc.**<br>**P. O. Box 894920**<br>**Los Angeles, CA 90189-4820** | **03/01/07 through 04/11/07 - Health**<br>**Insurance** | 6,193.00 | 0.00 |
| **Air Control Systems**<br>**1901 Nancita Circle**<br>**Placentia, CA 92870** | **02/20/07 through 04/06/07 -**<br>**Subcontractor - Construction**<br>**Agreement** | 78,249.40 | 0.00 |
| **Ameriprise Financial**<br>**2 Park Plaza, Suite 1120**<br>**Irvine, CA 92614** | **02/13/07 through 04/30/07 -**<br>**Subcontractor - Construction**<br>**Agreement** | 9,519.01 | 0.00 |
| **California Central Fire Protection**<br>**Paula/Brian**<br>**358 Apache Trail**<br>**Arroyo Grande, CA 93420** | **03/14/07 - Subcontractor -**<br>**Construction Agreement** | 12,390.00 | 0.00 |
| **Ceramic Tile Works, Inc.**<br>**470 East Princeland Court, Suite 3**<br>**Corona, CA 92879** | **02/20/07 - Subcontractor -**<br>**Construction Agreement** | 26,230.00 | 0.00 |
| **Internal Revenue Service**<br>**IRS - Payroll Taxes**<br>**P. O. Box 970014**<br>**St. Louis, MO 63197** | **Payroll Taxes** | 29,679.74 | 0.00 |
| **Concrete Coring Company**<br>**14005 Orange Avenue**<br>**Paramount, CA 90723** | **03/7/07 through 03/14/07 -**<br>**Subcontractor - Construction**<br>**Agreement** | 5,994.82 | 0.00 |
| **CW Plumbing & Design, Inc.**<br>**41 683 Date Street**<br>**Murrieta, CA 92562** | **02/20/07 through 04/20/07 -**<br>**Subcontractor - Construction**<br>**Agreement** | 56,559.50 | 0.00 |
| **DDI, Inc.**<br>**470 Railroad Street**<br>**Corona, CA 92882** | **02/1/07 through 04/06/07 -**<br>**Subcontractor - Construction**<br>**Agreement** | 75,255.88 | 0.00 |
| **EDD - Payroll Tax Deposit**<br>**Employment Development Department**<br>**P. O. Box 826276**<br>**Sacramento, CA 94230** | **Payroll Taxes** | 6,568.62 | 0.00 |
| **Fleet Fueling**<br>**P. O. Box 6293**<br>**Carol Stream, IL 60197** | **02/13/07 through 04/11/07 - Fuel** | 6,739.06 | 0.00 |
| **Fordham Electric**<br>**1490 Rincon Street, Suite F**<br>**Cornoa, CA 92880** | **02/1/07 through 04/25/07 -**<br>**Subcontractor - Construction**<br>**Agreement** | 228,191.75 | 0.00 |
| **GE Felkel**<br>**7216 Fenwick Lane**<br>**Westminster, CA 92683** | **02/27/07 through 02/28/07 -**<br>**Subcontractor - Construction**<br>**Agreement** | 53,392.00 | 0.00 |
| **Hamilton Ceiling Systems**<br>**393 West La Cadena # 11**<br>**Riverside, CA 92501** | **02/20/07 through 03/07/07 -**<br>**Subcontractor - Construction**<br>**Agreement** | 40,100.00 | 0.00 |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

STATEMENT OF FINANCIAL AFFAIRS

| | | | |
|---|---|---|---|
| **Healthcare Web Image**<br>P. O. Box 6166<br>Corona, CA 92878 | 03/15/07 through 04/13/07 -<br>Subcontractor - Construction<br>Agreement | 6,753.00 | 0.00 |
| **Home Depot**<br>P. O. Box 6029<br>The Lakes, NV 88901 | 03/12/07 through 3/28/07 - material | 20,190.00 | 0.00 |
| **Mechanical Air Control, Inc.**<br>5930 Rickenbacker Avenue<br>Riverside, CA 92504 | 02/27/07 through 04/16/07 -<br>Subcontractor - Construction<br>Agreement | 8,100.00 | 0.00 |
| **Metropolitan West, Inc.**<br>11901 Santa Monica Blvd., # 350<br>Los Angeles, CA 90025 | 04/3/07 - Subcontractor -<br>Construction Agreement | 5,100.00 | 0.00 |
| **Pallmar & Co.**<br>1830 N. Neville Street<br>Orange, CA 92865 | 03/7/07 - Subcontractor -<br>Construction Agreement | 7,712.20 | 0.00 |
| **Preceision Glass & Mirror**<br>9960 Indiana Avenue, Sute 8<br>Riverside, CA 92503 | 02/1/07 through 04/16/07 -<br>Subcontractor - Construction<br>Agreement | 32,543.78 | 0.00 |
| **Premier Funding Network**<br>22800 Savi Ranch, Suite 200<br>Yorba Linda, CA 92887 | 02/13/07 through 03/16/07 -<br>Insurance | 15,101.27 | 0.00 |
| **Renegade Flooring Inc.**<br>12233 Olympic Blvd., Suite 354<br>Los Angeles, CA 90064 | 02/8/07 through 04/13/07 -<br>Subcontractor - Construction<br>Agreement | 57,780.82 | 0.00 |
| **Richard K. Shirk Consulting**<br>4075 Strandberg<br>Corona, CA 92881 | 02/01/07 through 04/23/07 -<br>Operation of business - services | 37,128.50 | 0.00 |
| **Ron Neal** | 02/2/07 through 03/26/07 -<br>Subcontractor - Construction<br>Agreement | 12,112.88 | 0.00 |
| **Sanre Corporation**<br>1000 Segovia Circle<br>Placentia, CA 92870 | 02/13/07 through 04/06/07 - Office<br>Lease | 10,920.00 | 0.00 |
| **State Compensation Insurance Fund**<br>**State Fund**<br>P. O. Box 7854<br>San Francisco, CA 94120 | 03/15/07 through 03/22/07 - Workers<br>Compensation Insurance | 5,609.78 | 0.00 |
| **Verizon Wireless**<br>P. O. Box 9622<br>Mission Hills, CA 91346 | 02/20/07 through 04/11/07 - Utitlities | 6,564.73 | 0.00 |
| **West Coast Door & Frame** | 02/1/07 through 04/13/07 -<br>Subcontractor - Construction<br>Agreement | 51,191.00 | 0.00 |
| **Wilson's Floor Covering**<br>1265 Carbide Drive<br>Corona, CA 92881 | 02/13/07 through 04/20/07 -<br>Subcontractor - Construction<br>Agreement | 43,732.12 | 0.00 |

None ☑ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
|---|---|---|---|
| **Renegade Flooring, Inc. V.**<br>**Richard Kevin Shirk dba RKS**<br>**Services, Inc., et. al. , Case** | **Collection** | **Superior Court of Califonria,**<br>**County of San Bernardino,**<br>**Rancho Cucamonga District -** | **Pending** |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Number: SMC RS 070920**                                               **Small Claims action**

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 5. Repossessions, foreclosures and returns

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 6. Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 7. Gifts

None ☐ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Stephen's Hope**<br>**1014 W. Foothill Blvd., Suite B**<br>**Upland, CA 91786** | **Charity** | **05/15/06** | **Cash (Check) - $450.00** |
| **Eldon Moon C/F Ian Moon Trust Fund**<br>**Jeremy Moon Memorial**<br>**470 East Princeland Ct., Suite 3**<br>**Corona, CA 92879** | **Charity** | **03/08/07** | **Cash (Check) - $725.00** |
| **Saving Grace World Missions**<br>**17451 Bastanchury Road, # 203**<br>**Yorba Linda, CA 92886** | **Charity** | **10/12/06** | **Cash (Check) - $1,500.00** |
| **The foundation for Community Hoahl**<br>**915 Word Six Street, Suite 110**<br>**Corona, CA 92882** | **Charity** | **03/08/07** | **Cash (Check) - $5,000.00** |

### 8. Losses

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 9. Payments related to debt counseling or bankruptcy

None ☑ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

### 10. Other transfers

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

STATEMENT OF FINANCIAL AFFAIRS

**11. Closed financial accounts**

None List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise
☐ transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| **Citizens Business Bank**<br>**701 North Haven Avenue**<br>**Ontario, CA  91764** | **Acc.#243141419** | **$0.0 - February 1, 2007** |
| **Citizens Business Bank**<br>**701 North Haven Avenue**<br>**Ontario, CA  91764** | **Acc.#243141451** | **$0.0 - January 1, 2007** |

**12. Safe deposit boxes**

None List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately
☑ preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this
☑ case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None List all property owned by another person that the debtor holds or controls.
☑

**15. Prior address of debtor**

None If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during
☑ that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana,
☑ Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**
For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or
☑ potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate
☑ the governmental unit to which the notice was sent and the date of the notice.

None c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor
☑ is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**18. Nature, location and name of business**

None a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates
☐ of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **R.K.S. Services, Inc.** | **33-0641101** | **1235 Carbide Drive Corona, CA  92881** | **Commercial General Contractor** | |

None b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
☑

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the
☐ keeping of books of account and records of the debtor.

NAME AND ADDRESS                                DATES SERVICES RENDERED
**Jenna R. Rasmussen**

**Jenaifer Sarven**

**Jeri Ward**

**John Le Blanc**
**P. O. Box 13**
**Alta Loma, CA  91701**

None b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account
☐ and records, or prepared a financial statement of the debtor.

NAME AND ADDRESS                                DATES SERVICES RENDERED
**Jerry Ward**                                  **Financial Statement**
**CA**

None c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the
☐ debtor. If any of the books of account and records are not available, explain.

NAME AND ADDRESS
**Jeri Ward**

**Richard K. Shirk**
**1235 Carbide Drive**
**Corona, CA  92881**

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

## 20. Inventories

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

## 21. Current Partners, Officers, Directors and Shareholders

None ☐ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |
| Richard K. Shirk<br>1235 Carbide Drive<br>Corona, CA 92881 | Owner of 100% of shares | 100.000000 |

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |
| Richard K. Shirk<br>1235 Carbide Drive<br>Corona, CA 92881 | Officer and Director | 100% |

## 22. Former partners, officers, directors and shareholders

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

## 23. Withdrawals from a partnership or distributions by a corporation

None ☐ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| Richard K. Shirk<br>1235 Carbide Drive<br>Corona, CA 92881<br>Shareholder, Officer and Director | From 1/5/06 through 4/23/07 -<br>Total monthly salary and<br>compensation | $319,689.41 - Total annual salary and<br>compensation |

## 24. Tax Consolidation Group

None ☐ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER |
| --- | --- |
| R.K.S. Services, Inc. | 33-0641101 |

## 25. Pension Funds.

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

STATEMENT OF FINANCIAL AFFAIRS

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date: **May 14, 2007**                    Signature: _____

**Richard Kevin Shirk, President**
                                                                    Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**STATEMENT OF FINANCIAL AFFAIRS**

**United States Bankruptcy Court**
**Central District of California**

IN RE:                                                                     Case No. _____

R.K.S. Service, Inc._____    Chapter 11_____
                            Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **295.00/hr**

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **9,300.00**

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

2.  The source of the compensation paid to me was: ☑ Debtor  ☐ Other (specify):

3.  The source of compensation to be paid to me is: ☑ Debtor  ☐ Other (specify):

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
    e.  [Other provisions as needed]
    **Initial retainer includes fees and expenses**

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**May 14, 2007**_____                    _____
              Date                                                          Signature of Attorney

**Law Offices Of Roger E. Naghash**_____
                                              Name of Law Firm

DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Central District of California**

IN RE:                                                     Case No. _____

**R.K.S. Service, Inc.** _____    Chapter **11** _____
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | | |
|---|---|---|---|
| **EastWest Bank**<br>135 N. Los Robles Avenue, Suite 200<br>Pasadena, CA  91101 | **Wayne Wada**<br>(626) 768-6250<br><br>**Air Control Systems**<br>1901 Nancita Circle<br>Placentia, CA  92870<br>**Christina**<br>(714) 572-6880 | Contingent<br>Subject to<br>Setoff | 272,132.24 |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| | | | |
|---|---|---|---|
| **Nobel Systems**<br>1845 Business Center Drive, Suite 130<br>San Bernardino, CA  92408 | **Michael Samuel**<br>(909) 890-5611<br><br>**AJ Construction Specialities**<br>3480 W. Warner Avenue, Suite G<br>Santa Ana, CA  92704<br>(714) 241-9101 | Contingent<br>Subject to<br>Setoff | 161,106.90 |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Air Control Systems<br>1901 Nancita Circle<br>Placentia, CA  92870 | Christina<br>(714) 572-6880 | Subcontract<br>or | Subject to<br>Setoff | 123,249.60 |
| --- | --- | --- | --- | --- |
| DDI, Inc.<br>470 Railroad Street<br>Corona, CA  92882 | Jeff<br>(951) 278-2577 | | Subject to<br>Setoff | 111,124.92 |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| | | | |
|---|---|---|---|
| **Windsor Food Group**<br>**4200 E. Concours, Suite 100**<br>**Ontario, CA 91720** | **Chris Meyer**<br>**(909) 477-4700**<br><br>**Air Control Systems**<br>**1901 Nancita Circle**<br>**Placentia, CA 92870**<br>**Christina**<br>**(714) 572-6880** | **Contingent**<br>**Subject to**<br>**Setoff** | **106,361.27** |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| BH Properties, LLC<br>1111 Santa Monica Blvd., Suite 1800<br>Los Angeles, CA 90025 | Jesse Roxas<br>(310) 820-8888 X 121<br><br>Continental Interior Services, Inc.<br>5130 E. La Palma Avenue Suite 109<br>Anaheim, CA 92807<br>(714) 693-4655 | Contingent<br>Subject to<br>Setoff | 105,839.00 |
| Fordham Electric<br>1490 Rincon Street, Suite F<br>Cornoa, CA 92880 | James Fordham<br>(951) 737-2077 | Subject to<br>Setoff | 102,721.00 |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Turner Riverwalk - 3, LLC<br>Kraus Management Services<br>670 W. 17th Street, Suite C-4<br>Costa Mesa, CA 92627 | Michael Kendall<br>(949) 574-7350<br><br>Air Control Systems<br>1901 Nancita Circle<br>Placentia, CA 92870<br>Christina<br>(714) 572-6880 | Contingent<br>Subject to<br>Setoff | 94,615.82 |
| Floor It<br>11782 Western Avenue # 12<br>Stanton, CA 90680 | Ron Hadden<br>(714) 892-4024 | Subject to<br>Setoff | 92,313.22 |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| | | | |
|---|---|---|---|
| Palmar & Co.<br>1830 N. Neville Street<br>Orange, CA  92865 | (714) 283-5090 | Subject to<br>Setoff | 91,501.62 |
| Internal Revenue Service<br>IRS - Payroll Taxes<br>P. O. Box 970014<br>St. Louis, MO  63197 | Payroll Taxes<br>(800) 829-0115 | | 88,446.61 |
| Preceision Glass & Mirror<br>9960 Indiana Avenue, Sute 8<br>Riverside, CA  92503 | Michael Padilla<br>(951) 688-9748 | Subject to<br>Setoff | 77,236.02 |
| Hamilton Ceiling Systems<br>393 West La Cadena # 11<br>Riverside, CA  92501 | Steve Hamilton<br>(951) 276-1843 | Subject to<br>Setoff | 77,168.00 |
| Joseph P. Kriek<br>2751 Libra Drive<br>Riverside, CA  92503 | Joseph P. Kiriek<br>(213) 600-4168 | | 76,850.00 |
| GE Felkel<br>7216 Fenwick Lane<br>Westminster, CA  92683 | Gary/Susan<br>(714) 893-3303 | Subject to<br>Setoff | 62,979.00 |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| EastWest Bank | Wayne Wada | Contingent | 50,013.00 |
| 135 N. Los Robles Avenue, Suite 200 | (626) 768-6250 | Subject to | |
| Pasadena, CA 91101 | | Setoff | |
| | California Central Fire System | | |
| | Ceramic Tile Works, Inc. | | |
| | 470 East Princeland Court, Suite 3 | | |
| | Corona, CA 92879 | | |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Remax<br>10020 Indiana Avenue, Suite 1<br>Riverside, CA 92503 | Sheryl Drake<br>(951) 354-1300<br><br>AJ Construction Specialities<br>3480 W. Warner Avenue, Suite G<br>Santa Ana, CA 92704<br>(714) 241-9101 | Contingent<br>Subject to<br>Setoff | 45,752.56 |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| | | | |
|---|---|---|---|
| **Continental Interior Services, Inc.**<br>**5130 E. La Palma Avenue Suite 109**<br>**Anaheim, CA 92807** | (714) 693-4655 | **Subject to**<br>**Setoff** | 45,694.25 |
| **CW Plumbing & Design, Inc.**<br>**41 683 Date Street**<br>**Murrieta, CA 92562** | **Craig**<br>**(951) 894-7703** | **Subject to**<br>**Setoff** | 45,249.20 |
| **David Evans**<br>**1955 Chicago Avenue, # 200**<br>**Riverside, CA 92507**<br><br><br><br> | **Karen Di Padova**<br>**(951) 682-8500 X32851**<br><br>**Executive Services**<br>**P. O. Box 1700**<br>**Riverside, CA 92502**<br>**(951) 780-2600** | **Contingent**<br>**Subject to**<br>**Setoff** | 39,541.00 |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **May 14, 2007**      Signature: _____

**Richard Kevin Shirk, President**
_____
(Print Name and Title)

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

**United States Bankruptcy Court**
**Central District of California**

IN RE:                                                      Case No. _____

R.K.S. Service, Inc.                                        Chapter 11 _____
_____
              Debtor(s)

**VERIFICATION OF CREDITOR MAILING LIST**

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of _____ **12** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: **May 14, 2007**            Signature: _____

                                  **Richard Kevin Shirk, President**                     Debtor

Date: _____            Signature: _____

                                                                           Joint Debtor, if any

Date: **May 14, 2007**            Signature: _____

                                  **Roger E. Naghash 181740**                     Attorney (if applicable)

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

RKS Service Inc
1235 Carbide Drive
Corona, CA   92881


Law Offices Of Roger E Naghash
4400 MacArthur Boulevard Suite 900
Newport Beach, CA   92660

21st Century Insurance
6301 Owensmouth Avenue
Woodland Hills, CA   91367


AETNA Health Of California Inc
P O Box 894920
Los Angeles, CA   90189-4820


Air Control Systems
1901 Nancita Circle
Placentia, CA   92870


AJ Construction Specialities
3480 W Warner Avenue Suite G
Santa Ana, CA   92704


American Express Business Credit
P O Box 1
Los Angeles, CA   90096


Ameriprise Financial
2 Park Plaza Suite 1120
Irvine, CA   92614


Arrowhead Water
Processing Center
P O Box 52237
Phoenix, AZ   85072


AT & T Long Distance
P O Box 78522
Phoenix, AZ   85062


AT&T Phone & DSL
Payment Center
Sacramento, CA   95887

BH Properties LLC
1111 Santa Monica Blvd Suite 1800
Los Angeles, CA   90025


Blaze Out
P O Box 8827
Riverside, CA   92515


BMR Group Inc
2175 Sampson Avenue # 101
Corona, CA   92879


Bonaldo Design Group
10241-B Trademark Street
Rancho Cucamonga, CA   91730


Brea Canyon Insulation
1070 S Cypress Street Ste H
La Habra, CA   90631


California Central Fire Protection
358 Apache Trail
Arroyo Grande, CA   93420


Carpet Concepts
12361 Industry Street
Garden Grove, CA   92841


Ceramic Tile Works Inc
470 East Princeland Court Suite 3
Corona, CA   92879


Chino Hills Corproate Park LP
31866 Camino Capistrano
San Juan Capistrano, CA   92675

City Of Corona
849 W Sixthn Street
Corona, CA   92882


Concrete Coring Company
14005 Orange Avenue
Paramount, CA   90723


Consolidated Reprographics
345 Clinton Street
Costa Mesa, CA   92626


Continental Interior Services Inc
5130 E La Palma Avenue Suite 109
Anaheim, CA   92807


CR&R
P O Box 206
Stanton, CA   90680


Creative Color Printing
1605 Railroad Street
Corona, CA   92880


Custom Laminate & Woodworking
2025 Chicago Avenue Ste A-10
Riverside, CA   92507


CW Plumbing & Design Inc
41 683 Date Street
Murrieta, CA   92562


CWC Mini Blind Laundry
1560 E Edinger Sute "C"
Santa Ana, CA   92705

David Evans
1955 Chicago Avenue # 200
Riverside, CA   92507


DDI Inc
470 Railroad Street
Corona, CA   92882


Dell Commercial Credit
P O Box 689020
Des Moines, IA   50368


Department Of Motor Vehicle
DMV Renewal
P O Box 942894
Sacramento, CA   94294


Direct Link
541 N Main Street # 104 PMB 147
Corona, CA   92880


Direct TV
P O Box 60036
Los Angeles, CA   90601


EastWest Bank
135 N Los Robles Avenue Suite 200
Pasadena, CA   91101


EDD - Payroll Tax Deposit
Employment Development Department
P O Box 826276
Sacramento, CA   94230

EDD - Penalties
Employment Development Department
P O Box 826846
Sacramento, CA   94246


Edison
P O Box 600
Rosemead, CA   91771


EmbroidMe
623 North Main Street Suite D-5
Corona, CA   92880


Executive Services
P O Box 1700
Riverside, CA   92502


Fish Window Cleaning
290 Adams Street # C10F
Riverside, CA   92504


Fleet Fueling
P O Box 6293
Carol Stream, IL   60197


Floor It
11782 Western Avenue # 12
Stanton, CA   90680


Ford Credit
P O Box 7172
Passadena, CA   91109


Fordham Electric
1490 Rincon Street Suite F
Cornoa, CA   92880

Fort Sutter Company
Essex Realty Management Inc
2025 Chicago Avenuen Suite A-12
Riverside, CA   92507


Gary Rasmussen
8430 Newburgh Street
Riverside, CA   92508


GE Felkel
7216 Fenwick Lane
Westminster, CA   92683


Golden Eagle Insurance
P O Box 85834
San Diego, CA   92186


Gregory W Brittain
Attorney At Law
330 North "O" Street Suite 300
San Bernardino, CA   92401


Hamilton Ceiling Systems
393 West La Cadena # 11
Riverside, CA   92501


Healthcare Web Image
P O Box 6166
Corona, CA   92878


Home Depot
P O Box 6029
The Lakes, NV   88901

Hunter Park LLC
Essex Realty Management Inc
2025 Chicago Avenue Suite A-12
Riverside, CA   92507


Inland Foundation Engineering Inc
P O Box 937
San Jacinto, CA   92581


Internal Revenue Service
IRS - Payroll Taxes
P O Box 970014
St. Louis, MO   63197


John Le Blanc
P O Box 13
Alta Loma, CA   91701


Joseph P Kriek
2751 Libra Drive
Riverside, CA   92503


Kraus Management Services
670 W 17th Street Suite C4
Costa Mesa, CA   92627


Mechanical Air Control Inc
5930 Rickenbacker Avenue
Riverside, CA   92504


Medical Media Services
2222 Olivine Drive
Chino Hills, CA   91709

Mercury Casulty Insurance
P O Box 5600
Rancho Cucamonga, CA   91729


Metropolitan West Inc
11901 Santa Monica Blvd # 350
Los Angeles, CA   90025


Miller Paneling
44 Harter Avenue
Woodland, CA   95776


Miracle Playground Sales
27464 Commerce Center Drive Suite
Temecula, CA   92590


Mission Grove Office Park LP AME
1875 Century Park East Suite 1350
Los Angeles, CA   90067


NIC Insurance
General Liability
1 Penn Plaza
New York, NY   10119


Nobel Systems
1845 Business Center Drive Suite 1
San Bernardino, CA   92408


Office Depot
P O Box 689020
Des Moines, IA   50368


Omni Financial Tax Attorney
380 Interlocken Cresent # 800
Broomfield, CO   80021

Pallmar & Co
1830 N Neville Street
Orange, CA   92865


Palmar & Co
1830 N Neville Street
Orange, CA   92865


Personnel Concepts
P O Box 9003
San Diamas, CA   91773


Preceision Glass & Mirror
9960 Indiana Avenue Sute 8
Riverside, CA   92503


Premier Funding Network
22800 Savi Ranch Suite 200
Yorba Linda, CA   92887


Premium Financing Specialists
P O Box 6010
Inglewood, CA   90312


Rasmussen Construction
8430 Newburgh Street
Riverside, CA   92508


Remax
10020 Indiana Avenue Suite 1
Riverside, CA   92503


Renegade Flooring Inc
12233 Olympic Blvd Suite 354
Los Angeles, CA   90064

Rengel & Co Architects Inc
333 El Camino Real
Tustin, CA   92780


Richard K Shirk
1235 Carbide Drive
Corona, CA   92881


Richard K Shirk Consulting
4075 Strandberg
Corona, CA   92881


Rutan & Tucker LLP
611 Anton Boulevard 14th Floor
Costa Mesa, CA   92626


Sanre Corporation
1000 Segovia Circle
Placentia, CA   92870


Silagi Development & Management
101 Hodencamp Road Suite 200
Thousand Oaks, CA   91360


South Tech Corporate Offices LLC
8310 Magnolia Avenue
Riversdie, CA   92504


State Compensation Insurance Fund
State Fund
P O Box 7854
San Francisco, CA   94120


The Garrett Group
One Better World Circle Suite 300
Temecula, CA   92590

Turner Riverwalk - 3 LLC
Kraus Management Services
670 W 17th Street Suite C-4
Costa Mesa, CA   92627


Turner Riverwalk - 4 LLC
Kraus Management Services
670 W 17th Street Suite C-4
Costa Mesa, CA   92627


United Site Services Of CA Inc
P O Box 93670
City Of Industry, CA   91715


Verizon Wireless
P O Box 9622
Mission Hills, CA   91346


Western Industrial Technology
2975 E Coronado Street
Anaheim, CA   92806


Wilson's Floor Covering
1265 Carbide Drive
Corona, CA   92881


Windsor Food Group
4200 E Concours Suite 100
Ontario, CA   91720

February 2006                                                                    2006 USBC Central District of California

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re<br>**R.K.S. Service, Inc.**<br><br>Debtor(s). | CHAPTER:**11**<br><br>CASE NO.: |
|---|---|

# DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME
# PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to one of the following statements:

I, **R.K.S. Service, Inc.** _____ , the debtor in this case, declare under penalty
_____(Print Name of Debtor)_____
of perjury under the laws of the United States of America that:

☐  I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the
60-day period prior to the date of the filing of my bankruptcy petition.
*(NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

☐  I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received
no payment from any other employer.

☐  I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

I,_____ , the debtor in this case, declare under penalty
_____(Print Name of Joint Debtor, if any)_____
of perjury under the laws of the United States of America that:

☐  I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the
60-day period prior to the date of the filing of my bankruptcy petition.
*(NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

☐  I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received
no payment from any other employer.

☐  I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

Date: **May 30, 2007** _____    Signature _____
_____*Debtor*

Date: _____    Signature

_____
_____*Joint Debtor (if any)*

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Central District of California**

IN RE:                                                    Case No. _____

R.K.S. Service, Inc. _____   Chapter **11** _____
                        Debtor(s)

**DECLARATION RE: LIMITED SCOPE OF APPEARANCE**
**PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1**

TO THE COURT, THE DEBTOR, THE TRUSTEE (if any), AND THE UNITED STATES TRUSTEE:

1. I am the attorney for the Debtor in the above-captioned case.

2. On (*specify date*) ___**5/01/2007**___, I agreed with the Debtor that for a fee of $ _____**295.00/hr**, I would provide only the following services:

   a. ☑ Prepare and file the Petition and Schedules

   b. ☑ Represent the Debtor at the 341(a) Hearing

   c. ☑ Represent the Debtor in any relief from stay actions

   d. ☑ Represent the Debtor in any proceeding involving an objection to Debtor's discharge pursuant to 11 U.S.C. § 727

   e. ☑ Represent the Debtor in any proceeding to determine whether a specific debt is nondischargeable under 11 U.S.C. § 523

   f. ☐ Other (specify):

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on the following date at the city set forth below.

Dated: **May 30, 2007**_____       Law Firm: ~~Law Offices Of~~ Roger E. Naghash
                                            **4400 MacArthur Boulevard, Suite 900**
                                            **Newport Beach, CA 92660**

I HEREBY APPROVE THE ABOVE:

                                            By: _____

_____          Name: **Roger E. Naghash**_____
Signature of Debtor(s)                      Attorney for Debtor

_____

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

DECLARATION RE: LIMITED SCOPE OF APPEARANCE

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only