# United States Bankruptcy Court
# Central District Of California

| In re:<br> R K S Service Inc | CHAPTER NO.:  11 |
| --- | --- |
| | CASE NO.: 6:07–bk–13059 |

## CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

**A.**   You must cure the following within 15 days from filing of your petition:

☑ Corporate Resolution Authorizing Filing of Petition required for Chapter 7 and 11. [Local Rule 1002–1(g)]
☑ Exhibit 'A' to Petition(if debtor is a corporation). [Local Rule 1002–1(g)]
☑ Venue Disclosure Form (For Corporation and Partnership Filing a Chapter 11). [Local Rule 1002–1(g)]
☑ Corporate Ownership Statement

**C.** If you are a Small Business Debtor in a Chapter 11 case, within 7 days after the date of the filing of the petition, you must file the most recent:

1. Balance sheet
2. Statement of operations
3. Cash–flow statement
4. Federal tax return

OR

5. Statement made under penalty of perjury that no balance sheet, statement of operations, or cash–flow statement has been prepared and no Federal tax return has been filed [11 U.S.C.§1116]

For all items above you must file the original and the following number of copies [Local Rule 1002–1]:

Chapter 11      1 Original and 4 Copies

**Please return the original or copy of this form with all required items to the following location:**

3420 Twelfth Street, Riverside, CA 92501–3819

If you have any questions, please contact the below–referenced Deputy Clerk:

**JON D. CERETTO, CLERK OF COURT**

Dated: June 1, 2007

**By: Ed Zamora**
**Deputy Clerk**

**1 / EZA**

| In re:<br>R K S Service Inc | CASE NO.: 6:07–bk–13059 |
| --- | --- |

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the above County, State of California. I am over the age of 18 years and not a party of the within action. My business address is as follows:

U.S. Bankruptcy Court, 3420 Twelfth Street, Riverside, CA 92501–3819

I served the within **CASE COMMENCEMENT DEFICIENCY NOTICE**

On June 1, 2007, to the debtor(s) and debtor's attorney in said action by placing a true copy thereof enclosed in sealed envelope with postage thereon, fully prepaid, in the United States mail at 3420 Twelfth Street, Riverside, CA 92501–3819 addressed as follows:

| DEBTOR(S) NAME AND ADDRESS:<br>R K S Service Inc<br>1235 Carbide Drive<br>Corona, CA 92881 | ATTORNEY(S) NAME AND ADDRESS:<br>Roger E Naghash<br>4400 MacArthur Blvd Ste 900<br>Newport Beach, CA 92660 |
| --- | --- |

Executed on June 1, 2007, at 3420 Twelfth Street, Riverside, CA 92501–3819 addressed as follows:

I declare, under penalty of perjury, that the foregoing is true and correct.

*Edward Zamora*

Deputy Clerk's Signature