Corporate Ownership Statement

| In re | Chapter 11 |
|---|---|
| R.K.S. Service, Inc. | |
| | Case Number: 06:7-BK-13059 |
| Debtor. | |

## Corporate Ownership Statement

**FILED**

**JUN – 7 2007**

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
Deputy Clerk

I, Richard K. Shirk, certify that I am the sole officer and director of debtor. R.K.S. Service, Inc. The Debtor's article of incorporation and bylaws authorize the issuance of grand total of 100,000 shares of common stock. However as of the date of this statement NO share has been issued.

THIS CERTIFICATE is executed this ___7___ day of June, 2007.

_____
Richard K. Shirk
President

Corporate Ownership Statement

| In re | Chapter 11 |
|---|---|
| R.K.S. Service, Inc. | |
| | Case Number: 06:7-BK-13059 |
| Debtor. | |

## Statement of Compliance – NOT A Small Business

I, Richard K. Shirk, certify that R.K.S., Service, Inc. debts and liabilities exceeds $2,200,000.00 and it is NOT a Small Business as defined by 11 U.S.C. § 101(51D). No Balance Sheet, Statement of Operations, Cash-flow statement, and Federal Tax return are required to be filed with the United States Bankruptcy Court.

THIS CERTIFICATE is executed this _____7_____ day of June, 2007.

_____
Richard K. Shirk
President

## CERTIFICATE OF CORPORATE RESOLUTIONS

### OF

### R.K.S. SERVICE, INC.

The undersigned Secretary of the above named corporation certifies that the following resolutions were adopted by the board of directors on the date set forth below:

*Resolved*, that due to R.K.S. Service, Inc.'s inability to fully satisfy its financial obligations, R.K.S. Service, Inc. is authorized and must seek protection and reorganization of its debts pursuant to Chapter 11 of United States Bankruptcy Code, as of May 14, 2007, is hereby adopted.

*Resolved*, that Richard K. Shirk, the authorized representative of R.K.S. Service, Inc. should take any and all steps necessary to effectuate the foregoing resolutions.

THIS CERTIFICATE is executed this _____7_____ day of June, 2007.

_____
Richard K. Shirk,
Corporate Secretary

Form B1, Exhibit A  - (Rev. 3/98)                                          1998 USBC, Central District of California

## Exhibit "A"

[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]

In Re R K S Service, Inc.                          Chapter No.: 11
                                                   Case No.: 6:07-BK-13059

## Exhibit "A" to Voluntary Petition

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is ___None___.

2. The following financial data is the latest available information and refers to the debtor's condition on __5/14/07__.

   a. Total assets                                 $ _682,025.74_

   b. Total debts (including debts listed in 2.c., below)   $ 2,533,651.86

                                                            Approximate
                                                            Number
                                                            of holders

   c. Debt securities held by more than 500 holders.

      ☐ secured   ☐ unsecured   ☐ subordinated     $ ___None___        None

      ☐ secured   ☐ unsecured   ☐ subordinated     $ _____       _____

      ☐ secured   ☐ unsecured   ☐ subordinated     $ _____       _____

      ☐ secured   ☐ unsecured   ☐ subordinated     $ _____       _____

      ☐ secured   ☐ unsecured   ☐ subordinated     $ _____       _____

   d. Number of shares of preferred stock          ___None___         ___None___

   e. Number of shares common stock                100,000 Authorized-None Issued

      Comments, if any:
      _____
      _____
      _____

3. Brief description of debtor's business:
   General contractor - Construction of Tenants' improvement and/or rebuildings.

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:         100% - 100,000 Authorized None issued.
   Richard K. Shirk

## United States Bankruptcy Court
## Central District of California

IN RE:

R.K.S. Service, Inc.
_____
Debtor(s)

Case No. **6:07-BK-13059**

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Richard K. Shirk 1235 Carbide Drive Corona, CA 92881 | 100 | Common Stock |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

LIST OF EQUITY SECURITY HOLDERS

| Party Name, Address and Telephone Number *(CA State Bar No. If Applicable)* | FOR COURT USE ONLY |
|---|---|
| Roger E. Naghash, Esq. (SBN 181740)<br>Law Offices Of Roger E. Naghash<br>4400 MacArthur Boulevard, Suite 900<br>Newport Beach, California 92660-2040 | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>R.K.S. Service, Inc.<br><br>Debtor. | CHAPTER 11<br><br>CASE NUMBER 6:07-BK-13059<br><br>(No Hearing Required) |
|---|---|

## VENUE DISCLOSURE FORM
## FOR CORPORATIONS FILING CHAPTER 11
### *(Required by General Order 97-02)*

*\*Attach additional sheets as necessary and indicate so in each section\**

1. Specify the address of the principal office of the Debtor currently on file with the California Secretary of State (*from Form S0100, S0200, or S0300*):

   1235 Carbide Drive, Corona, California 92881

2. Specify the address of the principal office of the Debtor listed on the Debtor's most recent federal tax return:

   1235 Carbide Drive, Corona, California 92881

3. Disclose the current business address(es) for all corporate officers:

   Richard K. Shirk               4075 Strandberg
                                  Corona, California 92881

4. Disclose the current business address(es) where the Debtor's books and records are located:

   1235 Carbide Drive, Corona, Califonria 92881

*Rev. 12/99* This form is required pursuant to General Order 97-02. It has been approved for use by the United States Bankruptcy Court for the Central District of California.   **VEN-C**

Venue Disclosure Form for Corporations Filing Chapter 11 - *Page 2*                    **VEN-C**

| In re | CHAPTER 11 |
|---|---|
| R.K.S. Service, Inc. | |
| Debtor. | CASE NUMBER 6:7-BK-13059 |

5.    List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor's most recent balance sheet:

1235 Carbide Drive, Corona, California 92881

6.    Disclose any different address(es) to those listed above within six months prior to the filing of this petition and state the reasons for the change in address(es):

1235 Carbide Drive, Corona, California 92881

7.    State the name and address of the officer signing this Statement and the relationship of such person to the Debtor *(specify)*:

Richard K. Shirk, President
1235 Carbide Drive,
Corona, California 92881

8.    Total number of attached pages of supporting documentation:  <u>None</u>

9.    I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on the ___7___ day of ___June_____, 20_7___, at _Newport Beach_____, California.

Richard K. Shirk_____
*Type Name of Officer*                                    *Signature of Declarant*

President_____
*Position or Title of Officer*