Mark A. Feldman, Bar No. 152476
Emily A. Kromke, Bar No. 232317
FELDMAN & ASSOCIATES, INC.
Attorneys at Law
11030 Santa Monica Blvd., Suite 109
Los Angeles, California 90025
Telephone: (310) 312-5401

Attorney for Creditor BH Properties, LLC

**FILED**

JUL 18 2007

CLERK... ... COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

In re                                  )   **CASE No.: 6:07-bk-13059-MG**
                                       )
                                       )   **CHAPTER 11**
RKS Service, Inc.,                     )
                                       )   **REQUEST FOR SPECIAL NOTICE**
                                       )
            Debtor.                    )
                                       )

TO ALL INTERESTED PARTIES:

Feldman & Associates, Inc., attorneys for BH Properties, LLC, creditor in the above-referenced bankruptcy estate, hereby request of the Clerk of the Court, and of all interested parties herein, that all notices of all proceedings herein, and all other notices, both current and future, be given to Emily A. Kromke, Esq. at Feldman & Associates, Inc., 11030 Santa Monica Boulevard, Suite 109, Los Angeles, California 90025.

DATED: July 11, 2007

By_____
Emily A. Kromke
Attorneys for Creditor
BH Properties, LLC

---

**1**

**REQUEST FOR SPECIAL NOTICE**

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 11030 Santa Monica Boulevard, Suite 109, Los Angeles, CA, 90025.

On July 11, 2007, I served the document described as **REQUEST FOR SPECIAL NOTICE** on all interested parties in this action as follows:

[X]     by placing [ ] the original [X] true copies thereof enclosed in sealed envelopes addressed as follows:

SEE ATTACHED SERVICE LIST

[X]     BY MAIL

    [ ]     I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

    [X]     As follows: I am "readily familiar" with the firm's practice for collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]     (BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee.

[ ]     (STATE)     I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]     (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Dated: July 11, 2007     _____
                                    Amber Stanford

**2**

**REQUEST FOR SPECIAL NOTICE**

# Service List

In Re RKS Service, Inc.

CASE No.: 6:07-bk-13059-MG

RKS Service, Inc.
1235 Carbide Drive
Corona, CA 92881
Debtor

Roger E. Naghash
4400 MacArthur Boulevard, Suite 900
Newport Beach, CA 92660
Attorney for Debtors

John H. Kim
Cooksey, Toolen, Gage, Duffy & Woog
535 Anton Boulevard, 10th Floor
Costa Mesa, CA 92626-1977
Attorney for Cab West, LLC

Stephen M. Miller
Morris James, LLP
P.O. Box 2306
Wilmington, DE 19899-2306
Attorney for Windsor Quality Food Company, Inc.

Mark C. Schnitzer
Reid & Hellyer APC
P.O. Box 1300
Riverside, CA 92502-1300
Attorney for Windsor Quality Food Company, Inc.

Gilbert B. Weisman
Becket & Lee LLP
16 General Warren Boulevard
P.O. Box 3001
Malvern, PA 19355
Attorney for American Express Bank FSB

---

**3**

**REQUEST FOR SPECIAL NOTICE**