Official Form 7 (04/07)

**United States Bankruptcy Court**
**Central District of California**

IN RE:                                                          Case No. **6:07-BK-13059** MG

R.K.S. Service, Inc.

_____          Chapter 11
Debtor(s)

FILED
SEP – 4 2007

**AMENDED STATEMENT OF FINANCIAL AFFAIRS**

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None  State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business,
☐    including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT  SOURCE

1,276,208.85  **General contractor - construction services - from 1/1/07 through 5/4/07.**

6,181,220.73  **General contractor - construction services - from 1/1/06 through 12/31/06**

3,550,745.10  **General contractor - construction services - from 1/1/05 through 12/31/05**

---

**2. Income other than from employment or operation of business**

None  State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the
☑    **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None  a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other
☐    debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|                                  |                  | AMOUNT | AMOUNT      |
|----------------------------------|------------------|--------|-------------|
| NAME AND ADDRESS OF CREDITOR     | DATES OF PAYMENTS | PAID   | STILL OWING |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | | |
|---|---|---|---|
| American Express Business Credit<br>P. O. Box 1<br>Los Angeles, CA  90096 | 02/07/07 through 04/06/07 -<br>Construction material and<br>membership dues | 28,035.38 | 0.00 |

None  b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately
☐    preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,475.
(Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint
petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF PAYMENTS/TRANSFERS | AMOUNT PAID<br>OR VALUE OF<br>TRANSFERS | AMOUNT<br>STILL OWING |
|---|---|---|---|
| Rasmussen Construction<br>8430 Newburgh Street<br>Riverside, CA  92508<br><br>Service as independent contractor | 02/01/07 through 05/04/07 -<br>($2,100.00 per week) | 27,300.00 | 0.00 |
| AETNA Health Of California, Inc.<br>P. O. Box 894920<br>Los Angeles, CA  90189-4820 | 03/01/07 through 04/11/07 - Health<br>Insurance | 6,193.00 | 0.00 |
| Air Control Systems<br>1901 Nancita Circle<br>Placentia, CA  92870 | 02/20/07 through 04/06/07 -<br>Subcontractor - Construction<br>Agreement | 78,249.40 | 0.00 |
| Ameriprise Financial<br>2 Park Plaza, Suite 1120<br>Irvine, CA  92614 | 02/13/07 through 04/30/07 -<br>Subcontractor - Construction<br>Agreement | 9,519.01 | 0.00 |
| California Central Fire Protection<br>Paula/Brian<br>358 Apache Trail<br>Arroyo Grande, CA  93420 | 03/14/07 - Subcontractor -<br>Construction Agreement | 12,390.00 | 0.00 |
| Ceramic Tile Works, Inc.<br>470 East Princeland Court, Suite 3<br>Corona, CA  92879 | 02/20/07 - Subcontractor -<br>Construction Agreement | 26,230.00 | 0.00 |
| Internal Revenue Service<br>IRS - Payroll Taxes<br>P. O. Box 970014<br>St. Louis, MO  63197 | Payroll Taxes | 29,679.74 | 0.00 |
| Concrete Coring Company<br>14005 Orange Avenue<br>Paramount, CA  90723 | 03/7/07 through 03/14/07 -<br>Subcontractor - Construction<br>Agreement | 5,994.82 | 0.00 |
| CW Plumbing & Design, Inc.<br>41 683 Date Street<br>Murrieta, CA  92562 | 02/20/07 through 04/20/07 -<br>Subcontractor - Construction<br>Agreement | 56,559.50 | 0.00 |
| DDI, Inc.<br>470 Railroad Street<br>Corona, CA  92882 | 02/1/07 through 04/06/07 -<br>Subcontractor - Construction<br>Agreement | 75,255.88 | 0.00 |
| EDD - Payroll Tax Deposit<br>Employment Development Department<br>P. O. Box 826276<br>Sacramento, CA  94230 | Payroll Taxes | 6,568.62 | 0.00 |
| Fleet Fueling<br>P. O. Box 6293<br>Carol Stream, IL  60197 | 02/13/07 through 04/11/07 - Fuel | 6,739.06 | 0.00 |
| Fordham Electric<br>1490 Rincon Street, Suite F<br>Cornoa, CA  92880 | 02/1/07 through 04/25/07 -<br>Subcontractor - Construction<br>Agreement | 228,191.75 | 0.00 |
| GE Felkel<br>7216 Fenwick Lane<br>Westminster, CA  92683 | 02/27/07 through 02/28/07 -<br>Subcontractor - Construction<br>Agreement | 53,392.00 | 0.00 |
| Hamilton Ceiling Systems<br>393 West La Cadena # 11<br>Riverside, CA  92501 | 02/20/07 through 03/07/07 -<br>Subcontractor - Construction<br>Agreement | 40,100.00 | 0.00 |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

STATEMENT OF FINANCIAL AFFAIRS

| | | | |
|---|---|---|---|
| Healthcare Web Image<br>P. O. Box 6166<br>Corona, CA 92878 | 03/15/07 through 04/13/07 -<br>Subcontractor - Construction<br>Agreement | 6,753.00 | 0.00 |
| Home Depot<br>P. O. Box 6029<br>The Lakes, NV 88901 | 03/12/07 through 3/28/07 - material | 20,190.00 | 0.00 |
| Mechanical Air Control, Inc.<br>5930 Rickenbacker Avenue<br>Riverside, CA 92504 | 02/27/07 through 04/16/07 -<br>Subcontractor - Construction<br>Agreement | 8,100.00 | 0.00 |
| Metropolitan West, Inc.<br>11901 Santa Monica Blvd., # 350<br>Los Angeles, CA 90025 | 04/3/07 - Subcontractor -<br>Construction Agreement | 5,100.00 | 0.00 |
| Pallmar & Co.<br>1830 N. Neville Street<br>Orange, CA 92865 | 03/7/07 - Subcontractor -<br>Construction Agreement | 7,712.20 | 0.00 |
| Preceision Glass & Mirror<br>9960 Indiana Avenue, Sute 8<br>Riverside, CA 92503 | 02/1/07 through 04/16/07 -<br>Subcontractor - Construction<br>Agreement | 32,543.78 | 0.00 |
| Premier Funding Network<br>22800 Savi Ranch, Suite 200<br>Yorba Linda, CA 92887 | 02/13/07 through 03/16/07 -<br>Insurance | 15,101.27 | 0.00 |
| Renegade Flooring Inc.<br>12233 Olympic Blvd., Suite 354<br>Los Angeles, CA 90064 | 02/8/07 through 04/13/07 -<br>Subcontractor - Construction<br>Agreement | 57,780.82 | 0.00 |
| Richard K. Shirk Consulting<br>4075 Strandberg<br>Corona, CA 92881 | 02/01/07 through 04/23/07 -<br>Operation of business - services | 37,128.50 | 0.00 |
| Ron Neal | 02/2/07 through 03/26/07 -<br>Subcontractor - Construction<br>Agreement | 12,112.88 | 0.00 |
| Sanre Corporation<br>1000 Segovia Circle<br>Placentia, CA 92870 | 02/13/07 through 04/06/07 - Office<br>Lease | 10,920.00 | 0.00 |
| State Compensation Insurance Fund<br>State Fund<br>P. O. Box 7854<br>San Francisco, CA 94120 | 03/15/07 through 03/22/07 - Workers<br>Compensation Insurance | 5,609.78 | 0.00 |
| Verizon Wireless<br>P. O. Box 9622<br>Mission Hills, CA 91346 | 02/20/07 through 04/11/07 - Utitlities | 6,564.73 | 0.00 |
| West Coast Door & Frame | 02/1/07 through 04/13/07 -<br>Subcontractor - Construction<br>Agreement | 51,191.00 | 0.00 |
| Wilson's Floor Covering<br>1265 Carbide Drive<br>Corona, CA 92881 | 02/13/07 through 04/20/07 -<br>Subcontractor - Construction<br>Agreement | 43,732.12 | 0.00 |

None    c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND<br>RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT<br>PAID | AMOUNT<br>STILL OWING |
|---|---|---|---|
| Richard K. Shirk<br>4075 Strandberg<br>Corona, CA 92881 | From May 1, 2006-May 31, 2007 | 144,183.35 | 0.00 |

**Total Loans obtained from debtor by its officer, director and shareholder is $416,663.35, of which $272,500.00, was repaid back to the Debtor between May 1, 2006 and May 31, 2007.**

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Renegade Flooring, Inc. V. Richard Kevin Shirk dba RKS Services, Inc., et. al. , Case Number: SMC RS 070920 | Collection | Superior Court of Califonria, County of San Bernardino, Rancho Cucamonga District - Small Claims action | Pending |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☐ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| Stephen's Hope 1014 W. Foothill Blvd., Suite B Upland, CA 91786 | Charity | 05/15/06 | Cash (Check) - $450.00 |
| Eldon Moon C/F Ian Moon Trust Fund Jeremy Moon Memorial 470 East Princeland Ct., Suite 3 Corona, CA 92879 | Charity | 03/08/07 | Cash (Check) - $725.00 |
| Saving Grace World Missions 17451 Bastanchury Road, # 203 Yorba Linda, CA 92886 | Charity | 10/12/06 | Cash (Check) - $1,500.00 |
| The foundation for Community Hoahl 915 Word Six Street, Suite 110 Corona, CA 92882 | Charity | 03/08/07 | Cash (Check) - $5,000.00 |

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☑ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

STATEMENT OF FINANCIAL AFFAIRS

**10. Other transfers**

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| **Citizens Business Bank**<br>**701 North Haven Avenue**<br>**Ontario, CA 91764** | **Acc.#243141419** | **$0.0 - August 15, 2007** |
| **Citizens Business Bank**<br>**701 North Haven Avenue**<br>**Ontario, CA 91764** | **Acc.#243141451** | **$0.0 - August 15, 2007** |

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

STATEMENT OF FINANCIAL AFFAIRS

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

## 18. Nature, location and name of business

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **R.K.S. Services, Inc.** | **33-0641101** | **1235 Carbide Drive Corona, CA 92881** | **Commercial General Contractor** | |

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

## 19. Books, records and financial statements

None ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                      DATES SERVICES RENDERED
**Jenna R. Rasmussen**

**Jenaifer Sarven**

**Jeri Ward**

**John Le Blanc**
**P. O. Box 13**
**Alta Loma, CA 91701**

None ☐ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME AND ADDRESS                                      DATES SERVICES RENDERED
**Jerry Ward**                                        **Financial Statement**
**CA**

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

STATEMENT OF FINANCIAL AFFAIRS

None c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the
☐ debtor. If any of the books of account and records are not available, explain.

**NAME AND ADDRESS**
**Jeri Ward**

**Richard K. Shirk**
**1235 Carbide Drive**
**Corona, CA 92881**

None d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued
☑ within the **two years** immediately preceding the commencement of the case by the debtor.

**20. Inventories**

None a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the
☑ dollar amount and basis of each inventory.

None b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.
☑

**21. Current Partners, Officers, Directors and Shareholders**

None a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
☐

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **Richard K. Shirk**<br>**1235 Carbide Drive**<br>**Corona, CA 92881** | **Owner of 100% of shares** | **100.000000** |

None b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls,
☐ or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|
| **Richard K. Shirk**<br>**1235 Carbide Drive**<br>**Corona, CA 92881** | **Officer and Director** | **100%** |

**22. Former partners, officers, directors and shareholders**

None a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement
☑ of this case.

None b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately
☑ preceding the commencement of this case.

**23. Withdrawals from a partnership or distributions by a corporation**

None If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form,
☐ bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this
case.

| NAME & ADDRESS OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION<br>AND VALUE OF PROPERTY |
|---|---|---|
| **Richard K. Shirk**<br>**1235 Carbide Drive**<br>**Corona, CA 92881**<br>**Shareholder, Officer and Director** | **From 1/5/06 through 4/23/07 -**<br>**Total monthly salary and**<br>**compensation - Loans from**<br>**5/1/06 through 05/31/07.** | **$463,872.76 - Total annual salary and**<br>**compensation, plus loans ($319,689.41**<br>**in Salary from 1/5/06-0423/07 plus**<br>**$144,183.35 in loans from 5/01/06-**<br>**05/31/07).** |

**24. Tax Consolidation Group**

None If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax
☐ purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER |
|---|---|
| **R.K.S. Services, Inc.** | **33-0641101** |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**25. Pension Funds.**

None  If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer,
☑  has been responsible for contributing at any time within six years immediately preceding the commencement of this case.

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date: **August 29, 2007**          Signature: _____

                              **Richard Kevin Shirk, President**
                                                                            Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____0 continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

**25. Pension Funds.**

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

---

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date: **August 31, 2007**                    Signature: _____

**Richard Kevin Shirk, President** _____
                                                                    Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

STATEMENT OF FINANCIAL AFFAIRS

## PROOF OF SERVICE

I, the undersigned, certify and declare as follows:

I am employed in the County of Orange and my business address and telephone number are *4400 MacArthur Boulevard, Suite 900, Newport Beach, California 92660-2040, (949) 955-1000.* I am over the age of 18 years. I am readily familiar with the practices of *Law Offices Of Roger E. Naghash* for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business.

On **August 31, 2007,** I served the following documents, entitled:

■ **Amended Statement of Financial Affairs – *In the Matter of R.K.S., Service, Inc.***

on the interested parties in the action as follows:

[**XX**] By placing [**XX**] the original [ ] a true copy thereof enclosed in a sealed envelope addressed as follows:

SEE ATTACHED SERVICE LIST

[**XX**]  **By United State Postal Service**, I placed such envelopes for collection and to be mailed on this date following ordinary business practices.

[ ]  **By Personal Service**, I caused to be delivered such envelope by hand to the office of the addressee.

[ ]  **By Facsimile**, I caused to be transmitted to the following fax number:.

[ ]  **By Overnight Express - Next Day Delivery**, I placed such envelopes for collection and to be delivered by the U.S. Express mail carrier on this date following ordinary business practices

I declare under penalty of perjury of Federal Laws and laws of the State of California, that the foregoing is true and correct and that this declaration was executed on August 31, 2007, at Newport Beach, California.

By: _____

Roger E. Naghash, Esq.

# SERVICE LIST

## In re R.K.S. Service, Inc.

Timothy J. Farris, Esq.                             *U.S. Trustees Office*
Senior Trial Attorney
United States Trustee
3685 Main Street, Suite 300
Riverside, California 92501

Richard K. Shirk                                   *The Debtor*
R.K.S. Service, Inc.
1235 Carbide Drive
Corona, California 92881

Emily Kromke, Esq.                                 *Attorneys for BH Propertieis, LLC*
Feldman & Associates, Inc.
11030 Santa Monica Boulevard, Suite 109
Los Angeles, California 90025

Marck C. Schnitzer, Esq.
Reid & Hellyer
3880 Lemon Street, Fifth Floor
Riverside, California 92502-1300

John Michael Covas, Esq.
1801 E. Parkcourt Place, Suite E-205
Santa Ana, California 92701-5030

David Saunders
Clayson, Mann, Yaeger & Hansen
601 South Main Street
Corona, California 92878-1447

SERVICE LIST - 1