**SANDRA L. BENDON**
**3943 Irvine Blvd., #329**
**Irvine, CA 92602**
**Telephone: (714) 389-4100**
**Facsimile: (714) 389-4102**

**TRUSTEE**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. **RS07-13059 MG** |
| **R K S SERVICE INC.** | ) ) ) | Chapter 7 |
| | ) ) | **NOTIFICATION OF ASSET CASE** |
| | ) ) | |
| _____ Debtor(s) | ) ) | |

TO JON D. CERETTO, CLERK OF THE UNITED STATES BANKRUPTCY COURT:

SANDRA L. BENDON, the duly appointed Chapter 7 Trustee in the above-entitled bankruptcy case, after reviewing the case docket and file and determining that no claims bar date has been fixed, hereby notifies the Clerk of the United States Bankruptcy Court that assets will be administered in the above-captioned case and appropriate notice should be given to creditors to file claims.

DATED: 4/28/08

SANDRA L. BENDON, TRUSTEE