## United States Bankruptcy Court
## Central District Of California

**3420 Twelfth Street, Riverside, CA 92501–3819**

## <u>NOTICE OF POSSIBLE DIVIDEND AND</u>
## <u>ORDER FIXING TIME TO FILE CLAIMS</u>

**DEBTOR(S) INFORMATION:**
 R K S Service Inc
**SSN:** N/A
**EIN:** 33–0641101

1235 Carbide Drive
Corona, CA 92881

**BANKRUPTCY NO.**  6:07–bk–13059–DN
**CHAPTER**  7

Notice is hereby given that sufficient assets may become available for a distribution to creditors in the above–captioned bankruptcy case.

Therefore, in accordance with the provisions of Bankruptcy Rule 3002(c)(5), creditors must file their proofs of claim <u>on or before</u> August 4, 2008.

**ANY CREDITOR WHO HAS PREVIOUSLY FILED A PROOF OF CLAIM NEED <u>NOT</u> FILE AGAIN.**

A proof of claim form is on the reverse side of this notice.

Dated: April 30, 2008

For The Court,
**Jon D. Ceretto**
Clerk of Court

(Form ntcpdiv rev. 5/96) VAN–10

**71 / B1**