

**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
Washington, D.C. 20224

SMALL BUSINESS/SELF-EMPLOYED DIVISION

**October 01, 2014**

Sandra L Brendon, Trustee
c/o Hahn Fife & Co. 790 E Colorado Blvd, Floor 9
Pasadena,  CA 91101

Person to Contact:
  Vincent Alexander
I.D. Number
  1000621749
Phone Number:
  (949) 389-4157
Mail Stop: 5800

Re: Bankruptcy Estate of RKS Services, Inc
Form 1120   EIN:  33-0641101
For taxable period(s) ended: August 30, 2008, August 30,
2009, August 30, 2010, August 30, 2011, August 30, 2012,
August 30, 2013 & August 30, 2014

Dear Sandra L Brendon,

   This is in response to your letter requesting a prompt determination ruling pursuant to
Revenue Procedure 2006-24, 2006-1, C.B. 943, and Section 505(b) of the United States
Bankruptcy Code for the above referenced tax form.

   The return identified above has been accepted as filed to the extent that the amount shown
as tax incurred during the administration of the case for the taxable period(s) indicated is zero.

   We note your request was dated **July 17, 2014** and received by the Internal Revenue
Service on **August 06, 2014.**

   If you have any questions, please call me at (949) 389-4157 or write to me at:  Internal
Revenue Service, 24000 Avila Road, MS-5800, Laguna Niguel, CA 92677.

Sincerely,

*Vincent A. Alexander*

Vincent Alexander
Prompt Determination, Coordinator

Internal Revenue Service – 24000 Avila Road, MS-5800, Laguna Niguel, CA 92677